UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM WINTWORTH FOSTER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-CV-373 RLW |
| GEORGE LOMBARDI, et al., | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to supplement the complaint with a new claim and motion for return of property. This case is closed. As a result, the motions are moot.

Plaintiff was transferred to the Crossroads Correctional Center about the same time the Court entered its Orders dismissing this case. So, it is unlikely that he received the Orders. The Court will send him additional copies.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions [ECF Nos. 14, 15] are **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to change plaintiff's address to Crossroads Correctional Center, 1115 East Pence Road, Cameron, MO 64429.

**IT IS FURTHER ORDERED** that the Clerk is directed to send plaintiff copies of the Court's Orders dated September 6, 2016, along with instructions for filing a notice of appeal.

Dated this 20th day of September, 2016.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE